IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

SHAD EVERETTE THOMPSON                                                                        PLAINTIFF

VS.                                          Civil No. 07-CV-4012

LT. FRANKIE McJUNKINS;
ROBERT GENTRY; BRAD
ABBOTT; DETECTIVE
JIMMY COURTNEY; TOM
FISHER; OFFICER DALE
DORPLE; AND NURSE LORI
JONES                                                                                                          DEFENDANTS

## ORDER

Now on this 30th day of October, 2007, comes on for consideration the proposed findings and recommendations filed herein on October 11, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the motion to dismiss filed by Separate Defendant Robert Gentry (Doc. 11) should be and is hereby granted. All claims against him are dismissed.

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**