IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHAD EVERETTE THOMPSON                                                               PLAINTIFF

V.                                          CASE NO. 07-CV-4012

LT. FRANKIE McJUNKINS;
BRAD ABBOTT; DETECTIVE
JIMMY COURTNEY; TOM FISHER;
OFFICER DALE DORPLE; and
NURSE LORI JONES                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 14, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 52). Judge Bryant recommends that the motion for judgment on the pleadings filed by Separate Defendant Jimmy Courtney (Doc. 48) be **GRANTED** and that all claims against him be **DISMISSED**. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Therefore, the Court adopts the Report and Recommendation *in toto*. Separate Defendant Jimmy Courtney's motion is hereby **GRANTED** and all claims against him are **DISMISSED**.

**IT IS SO ORDERED**, this 4th day of August, 2008.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge