IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


SHAD EVERETTE THOMPSON                                              PLAINTIFF

V.                           CASE NO. 07-CV-4012

LT. FRANKIE McJUNKINS;
BRAD ABBOTT; DETECTIVE
JIMMY COURTNEY; TOM FISHER;
OFFICER DALE DORPLE; and
NURSE LORI JONES                                                    DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 14, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 54). Judge Bryant recommends that Defendants' motions to dismiss or alternative motions for summary judgment be granted. (Docs. 38, 40, 42). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' motions to dismiss or alternative motions for summary judgment are **GRANTED**.

**IT IS SO ORDERED**, this 4th day of August, 2008.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge