IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHAD EVERETTE THOMPSON                                              PLAINTIFF

V.                            CASE NO. 07-CV-4012

LT. FRANKIE McJUNKINS
and NURSE LORI JONES                                                DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 20 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 68). Judge Bryant recommends that Defendants' Motion for Summary Judgment (Doc. 58) be granted and that this case be dismissed with prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of August, 2009.

                                                                         /s/ Harry F. Barnes
                                                                         Hon. Harry F. Barnes
                                                                         United States District Judge